**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

THOMAS JOSHUA HOFFERTH,
an individual,

Plaintiff,

vs.                                                              Civil Action No.  3:17-cv-1560-MGL

JANSSEN PHARMACEUTICALS,
INC.; JANSSEN, L.P.; JOHNSON &
JOHNSON; JANSSEN RESEARCH
AND DEVELOPMENT, LLC,

Defendants.

PLAINTIFF'S MOTION TO EXTEND DEADLINE TO OBJECT TO DEFENDANTS' RULE 26(A)(3) PRETRIAL DISCLOSURES

Plaintiff, through undersigned counsel, hereby moves this Court to extend the deadline for Plaintiff to provide objections to Defendants' pretrial disclosures from July 29, 2020 to August 7, 2020 so the Parties may further meet and confer on Plaintiff's objections. Plaintiff's counsel has conferred with Defendants' counsel. Defendants do not oppose this motion.

Dated: July 29, 2020                                         Respectfully submitted,

/s/ *E. Hood Temple*
E. Hood Temple (Fed. ID# 5269)
HATFIELD TEMPLE
Post Office Box 1770
Florence, SC 29503
Tel: (843) 662-5000
EHTemple@htlawsc.com

1

        Timothy Clark (CA Bar No. 284447)
        Lauren A. Welling (CA Bar No. 291813)
        SANDERS PHILLIPS GROSSMAN, LLC
        16755 Von Karman Ave., Suite 200
        Irvine, CA 92606
        Tel: (516) 741-5600
        Fax: (213) 330-0346
        TClark@thesandersfirm.com
        LWelling@thesandersfirm.com
        *By Pro Hac Vice Admission*

        Timothy Porter
        PORTER & MALOUF, P.A.
        825 Ridgewood Road
        Ridgeland, MS 39157
        Tel: (601) 957-1173
        Fax:(601) 957-7366
        *By Pro Hac Vice Admission*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on July 29, 2020, a true and correct copy of the foregoing was served on all counsel of record via CM/ECF.

Dated: July 29, 2020                By: /s/ *E. Hood Temple*
                                        E. Hood Temple (Fed. ID# 5269)
                                        HATFIELD TEMPLE
                                        Post Office Box 1770
                                        Florence, SC 29503
                                        Tel: (843) 662-5000
                                        EHTemple@htlawsc.com