IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THOMAS JOSHUA HOFFERTH, an individual, | ) Civil Action No.  3:17-cv-1560-MGL |
| Plaintiff, | ) |
| vs. | ) **JOINT MOTION TO STAY ALL REMAINING DEADLINES** |
| JANSSEN PHARMACEUTICALS, INC.; JANSSEN, L.P.; JOHNSON & JOHNSON; JANSSEN RESEARCH AND DEVELOPMENT, LLC, | ) |
| Defendants. | ) |

Plaintiff Thomas Joshua Hofferth and Defendants Janssen Pharmaceuticals, Inc., Janssen, L.P., and Janssen Research & Development, LLC respectfully move this Court for an Order staying all remaining deadlines until August 31, 2020.  This requested stay applies to all deadlines, including objections and counter-designations to pretrial disclosures, responses and replies to motions in limine, and those deadlines contained in the Notice Regarding Jury Selection and Trial (Dkt. No. 184).

*[signatures on following page]*

1

| WE SO MOVE AND CONSENT: | WE SO MOVE AND CONSENT: |
|---|---|
| By: /s/E. Hood Temple *(with permission)*<br>E. Hood Temple<br>Federal Bar No. 5269<br>HATFIELD TEMPLE, LLP<br>Post Office Box 1770<br>Florence, SC 29503-1770<br>(843) 662-5000<br>ehtemple@htlawsc.com<br><br>*Attorneys for Plaintiff* | By:/s/Amanda S. Kitts<br>Amanda S. Kitts<br>Federal Bar No. 9005<br>E-Mail: amanda.kitts@nelsonmullins.com<br>David E. Dukes<br>Federal Bar No. 635<br>E-Mail: david.dukes@nelsonmullins.com<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>1320 Main Street / 17th Floor<br>Post Office Box 11070 (29211-1070)<br>Columbia, SC  29201<br>(803) 799-2000<br><br>*Attorneys for Defendants* |

Dated: August 19, 2020